# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
|  | E2031751 | Fountain | PC18 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

| Date and Time of Offense (mm/dd/yyyy) | Offense Charged ☐ CFR ☑ USC ☐ State Code |
|---|---|
| 04/24/2025 10:37p | 18 USC 113(5) Criminal Mischief 2nd |

**Place of Offense:** 60 Calvin McGhee Drive Atmore, AL 36502

**Offense Description: Factual Basis for Charge** ☐ HAZMAT

Criminal Mischief 2nd

### DEFENDANT INFORMATION

**Last Name:** Oliver
**First Name:** Dustin
**M.I.:** S

☑ **A** If Box A is checked, you must appear in court. See instructions. — APPEARANCE IS REQUIRED

☐ **B** If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions. — APPEARANCE IS OPTIONAL

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

**PAY THIS AMOUNT AT** www.cvb.uscourts.gov

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

**Court Address:** United States District Court for the Southern District of Alabama Southern Division 155 St Joseph St. Court Room 5B Mobile 36602

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature [signed]

Original - CVB Copy

*E2031751*

I state that on **4/24**, 20**25** while exercising my duties as a law enforcement officer in the **Southern** District of **Alabama**

that Dustin Shey Oliver, while in lawful custody, did cause damage to the interior walls of the interview room at the Poarch Creek Tribal Police Department. Oliver repeatedly raised his knee and used it to apply force to the walls, causing damage in approximately 5 places on 2 walls resulting in $750.00 in repair costs.

The foregoing statement is based upon:
☐ my personal observation   ☑ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: **05/02/2025**   [signature]
Date (mm/dd/yyyy)   Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)   U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident

CVB SCAN 05/14/2025 15:33



# MEMORANDUM

**TO:** Public Safety
**CC:** Facilities Division Director
**FROM:** Facilities Construction Manager Joshua Burkett
**DATE:** 4/29/2025
**RE:** Building 300, Interview Room Damage

---

This memo is to address the damage to the walls in the Interview Room at Building 300. The sheetrock is damaged in five places on two separate walls. The sheetrock on both walls will need to be repaired, the estimated cost for the repair is $250 for materials and labor. The room will need to be repainted at an estimated cost of $500. The total estimated is $750.

Kind regards,

Joshua Burkett
Facilities Construction Manager